AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U. S.
v.
Anthony DiMeo

## APPEARANCE

Case Number: 1:05M-133M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

11-9-05
Date

Signature

Edward C. Roy, Jr. — 3029
Print Name — Bar Number

10 Weybossett Street, Suite 300
Address

Providence — RI — 02903
City — State — Zip Code

(401) 528-4281 — (401) 528-4285
Phone Number — Fax Number