AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
NOV 1 [illegible] 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ANTHONY DIMEO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-133M

(Name and Address of Defendant)

ANTHONY DIMEO

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David Martin | Date and Time<br>Thursday, November 17, 2005 at 3:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1344, 371

Brief description of offense:

Bank Fraud

Hearing on Preliminary Examination

Signature of Issuing Officer

November 9, 2005

Date

Martha Saucier/ Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.